# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Thomas, et al., | : | Case No. 2:14-cv-1236 |
| Plaintiff, | : | Judge Algenon L. Marbley |
| v. | : | Magistrate Judge Kemp |
| Nationwide Children's Hospital, et al., | : | |
| Defendants. | : | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNREDACTED MOTION FOR RECONSIDERATION AND CERTAIN EXHIBITS ATTACHED THERETO UNDER SEAL

This matter is before the Court for consideration of Defendants' Unopposed Motion for Leave to File Unredacted Motion for Reconsideration and Certain Exhibits Attached Thereto Under Seal (ECF No. 78.)  Defendants' Motion is **GRANTED**, and the Defendants are **DIRECTED** to file via the Court's ECF system the unredacted copy of Defendants' Motion for Reconsideration, and exhibits thereto, under seal, and are further **DIRECTED** to file similar information and exhibits, if any, contained in a Reply brief thereto under seal as well.

**IT IS SO ORDERED**.

/s/ Terence P. Kemp
United States Magistrate Judge