# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DANIEL THOMAS, et al., : | |
| : | |
| Plaintiffs, : | Case No. 2:14-cv-01236 |
| : | |
| v. : | Judge Sargus |
| : | |
| NATIONWIDE CHILDREN'S : | Magistrate Judge Kemp |
| HOSPITAL, et al., : | |
| : | |
| Defendants. : | |

## ORDER GRANTING
## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court for consideration of Defendants, Nationwide Children's Hospital, the Center for Family Safety and Healing, the Center for Child and Family Advocacy, Dr. Farah Wadia Brink, Dr. Jonathan Thackeray, and Dr. Corey J. Rood Motion for Leave to File Exhibits to Motion for Summary Judgment Under Seal (ECF No. 154).  For good cause shown, Defendants' Motion is **GRANTED**, and Defendants are **DIRECTED** to file the unredacted copies of Exhibits 1 through 4 to Michelle Morris' deposition and the unredacted version of her deposition transcript under seal, along with Exhibits 3, 4, 6, 7 and 8 to Jonathan Thackeray's deposition and the unredacted version of his deposition transcript.

**IT IS SO ORDERED**.

/s/ Terence P. Kemp
United States Magistrate Judge