IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL THOMAS, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:14-cv-01236 |
| | : | |
| v. | : | Chief Judge Edmund A. Sargus, Jr. |
| | : | |
| NATIONWIDE CHILDREN'S HOSPITAL, et al., | : | Magistrate Judge Kemp |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING
## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court for consideration of Defendants, Nationwide Children's Hospital, the Center for Family Safety and Healing, the Center for Child and Family Advocacy, Dr. Farah Wadia Brink, Dr. Jonathan Thackeray, and Dr. Corey J. Rood Motion for Leave to File Exhibits to Motion for Reconsideration by the District Judge Under Seal (ECF No. 161). For good cause shown, Defendants' Motion is **GRANTED**, and Defendants are **DIRECTED** to file the unredacted version of the Exhibit attached to their Motion for Reconsideration by the District Judge under seal.

**IT IS SO ORDERED**.

/s/ Terence P. Kemp
United States Magistrate Judge