# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Daniel Thomas, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:14-cv-1236 |
| | : | |
| v. | : | Chief Judge Edmund A. Sargus. Jr. |
| | :, | |
| **Nationwide Children's Hospital, et al.,** | : | Magistrate Judge Kemp |
| | : | |
| **Defendants.** | : | |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

This matter came before the Court on Plaintiffs' Motion to File Summary Judgment Opposition and Supporting Materials Temporarily Under Seal (Doc. #172).  For good cause shown, the Court GRANTS the Motion.  Plaintiffs shall file their opposition to defendants' motions for summary judgment and the supporting materials under seal.  Any party that wishes all or any portion of the opposition and supporting materials to remain under seal shall file a motion to seal on or before April 6, 2017, supported as required by *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan,* 825 F.3d 299 (6th Cir. 2016).  If no party files such a motion, the materials shall no longer be sealed and plaintiffs shall file unredacted copies in the public record.  If any party files such a motion, the materials shall remain sealed until the Court rules on the motion.

**SO ORDERED.**

/s/ Terence P. Kemp
United States Magistrate Judge